No. 81–2149. SOLEM, WARDEN, SOUTH DAKOTA STATE PENITENTIARY *v.* STUMES. C. A. 8th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 3 presented by the petition.

No. 81–432. CIVIL SERVICE COMMISSION OF THE CITY OF NEW YORK ET AL. *v.* GUARDIANS ASSN. ET AL. C. A. 2d Cir. Certiorari denied.

No. 81–1332. ROBERTS *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 81–1747. UNITED STATES *v.* DUNCAN ET AL. C. A. Fed. Cir. Certiorari denied.

No. 81–2334. WHITE MOUNTAIN APACHE TRIBE *v.* SMITH, ATTORNEY GENERAL, ET AL. C. A. D. C. Cir. Certiorari denied.